## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | )  Case No. 10-5044-01-CR-SW-RED |
| JASON HILL, | ) ) ) |
| Defendant. | ) |

## ORDER

Now before the Court is Defendant's Motion to Dismiss (Doc. 39), Government's Response in Opposition to Defendant's Motion to Dismiss (Doc. 41), the Report and Recommendation of the United States Magistrate Judge (Doc. 45), and Defendant's Reply in Opposition to the Magistrate's Report and Recommendation Without Granting a Hearing (Doc. 46), which was filed out of time. After careful and independent review of the parties' submissions, this Court agrees with and **ADOPTS** the Report and Recommendation of United States Magistrate Judge (Doc. 45) in full. Defendant's Motion to Dismiss is **DENIED** (Doc. 39). Defendant's Objections to the Report and Recommendation are **OVERRULED** (Doc. 46).

**IT IS SO ORDERED.**

DATE: August 6, 2012         */s/ Richard E. Dorr*
                             RICHARD E. DORR, JUDGE
                             UNITED STATES DISTRICT COURT